Same case below, 394 Fed. Appx. 739.

**No. 10-10307. Dale Wayne Jackson, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 833, 132 S. Ct. 134, 181 L. Ed. 2d 55, 2011 U.S. LEXIS 5388.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-10309. Paul Thomas McCreary, Petitioner v. Joann Malone, et al.**

565 U.S. 833, 132 S. Ct. 134, 181 L. Ed. 2d 55, 2011 U.S. LEXIS 5244,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10315. Lin Thorne, Petitioner v. Pennsylvania.**

565 U.S. 833, 132 S. Ct. 135, 181 L. Ed. 2d 55, 2011 U.S. LEXIS 5821.

October 3, 2011. Petition for writ of certiorari to the Superior Court of Pennsylvania, Pittsburgh Office, denied.

Same case below, 996 A.2d 558.

**No. 10-10316. Michael Melendez, Petitioner v. Mitchell, et al.**

565 U.S. 833, 132 S. Ct. 135, 181 L. Ed. 2d 55, 2011 U.S. LEXIS 5672.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-10322. Ronald Richardson, Petitioner v. Arapahoe County Justice Coordinating Committee, et al.**

565 U.S. 833, 132 S. Ct. 135, 181 L. Ed. 2d 55, 2011 U.S. LEXIS 5395.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

**No. 10-10326. Jeffery Miller, Petitioner v. Burl Cain, Warden.**

565 U.S. 833, 132 S. Ct. 135, 181 L. Ed. 2d 55, 2011 U.S. LEXIS 5816.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-10330. Undra Demetrius Johnson, Petitioner v. United States.**

565 U.S. 834, 132 S. Ct. 135, 181 L. Ed. 2d 55, 2011 U.S. LEXIS 5498.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 632 F.3d 912.

**No. 10-10331. Ruben Nava, Petitioner v. Brian Haws, Warden.**

565 U.S. 834, 132 S. Ct. 135, 181 L. Ed. 2d 55, 2011 U.S. LEXIS 5476.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.